UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CYNTHIA RAETZ                                                          CIVIL ACTION

VERSUS

PNK (BATON ROUGE) PARTNERSHIP,
ET AL.                                                                 NO. 23-01545-BAJ-SDJ

### RULING AND ORDER

On October 3, 2024, the Magistrate Judge issued a **Report And Recommendation (Doc. 9, the "R&R")** recommending that the above-captioned action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction, based on Defendants' failure to establish diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332. No objections were filed.

Upon de novo review and having carefully considered Defendants' Notice of Removal (Doc. 1) and Plaintiff's First Amended and Supplemental Complaint with Jury Demand (Doc 10), the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 31st day of October, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**